

# Fourth Court of Appeals
## San Antonio, Texas

May 24, 2019

No. 04-19-00218-CV

**IN THE INTEREST OF R.M., A CHILD,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA01262
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to File Appellant's Brief is hereby GRANTED. Time is extended to June 12, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court